# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: WILLIAMS, STEVEN A<br>　　　WILLIAMS, JACQUELINE R<br><br>Debtors | § Case No. 04-75421<br>§<br>§<br>§ |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on November 01, 2004. The undersigned trustee was appointed on November 01, 2004.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $   6,753.71

　　Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 14.56 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Leaving a balance on hand of | $   6,739.15 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

UST Form 101-7-TFR (4/1/2009)

      6. The deadline for filing claims in this case was 04/07/2005. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,425.37. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $1,425.37, for a total compensation of $1,425.37. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $517.24, for total expenses of $517.24.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/07/2009      By: /s/JOSEPH D. OLSEN
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (4/1/2009)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 04-75421 | Trustee: | (330400) JOSEPH D. OLSEN |
| --- | --- | --- | --- |
| Case Name: | WILLIAMS, STEVEN A | Filed (f) or Converted (c): | 11/01/04 (f) |
|  | WILLIAMS, JACQUELINE R | §341(a) Meeting Date: | 12/06/04 |
| Period Ending: | 07/07/09 | Claims Bar Date: | 04/07/05 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | REAL ESTATE | 107,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH/DEPOSITS | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS/CLOTHING | 3,400.00 | 0.00 | DA | 0.00 | FA |
| 4 | INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | PENSION | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | ACCOUNT RECEIVABLE | 5,000.00 | 5,580.79 |  | 6,688.05 | FA |
| 7 | VEHICLES | 12,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 65.66 | FA |
| 8 | Assets    Totals (Excluding unknown values) | $134,600.00 | $5,580.79 |  | $6,753.71 | $0.00 |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):    December 31, 2005        Current Projected Date Of Final Report (TFR):    July 6, 2009 (Actual)

Printed: 07/07/2009 03:24 PM    V.11.21

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-75421 | Trustee: | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- |
| Case Name: | WILLIAMS, STEVEN A | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | WILLIAMS, JACQUELINE R | Account: | ****97-65 - Money Market Account |
| Taxpayer ID #: | 13-7440400 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 07/07/09 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check # (Ref #) / | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/27/05 | {5} | Dale Korbeski | House pymt for 2/05. | 1121-000 | 143.35 | | 143.35 |
| 02/22/05 | {5} | Dale Korbeski | House pymt 3/05. | 1121-000 | 143.35 | | 286.70 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 0.04 | | 286.74 |
| 03/14/05 | {5} | Brian A. Hart Law Office - Trust Account | House pymt. | 1121-000 | 100.36 | | 387.10 |
| 03/22/05 | {5} | Dale Korbeski | mo. pymt (rent) | 1121-000 | 143.35 | | 530.45 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 0.11 | | 530.56 |
| 04/25/05 | {5} | Dale Korbeski | monthly pymt. of rents | 1121-000 | 143.35 | | 673.91 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 0.16 | | 674.07 |
| 05/31/05 | {5} | Dale Korbeski | pymt. of monthly rent | 1121-000 | 143.35 | | 817.42 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 0.20 | | 817.62 |
| 06/30/05 | {5} | Dale Korbeski | monthly rent payment | 1121-000 | 143.35 | | 960.97 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 0.26 | | 961.23 |
| 07/27/05 | {5} | Dale Korbeski | monthly pymt. | 1121-000 | 143.35 | | 1,104.58 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 0.33 | | 1,104.91 |
| 08/24/05 | {5} | Dale Korbeski | Sept. house pymt. | 1121-000 | 143.35 | | 1,248.26 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 0.43 | | 1,248.69 |
| 09/26/05 | {5} | Dale Korbeski | rental pymt. | 1121-000 | 143.35 | | 1,392.04 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 0.50 | | 1,392.54 |
| 10/18/05 | {5} | dale korbeski | mo. pymt. | 1121-000 | 143.35 | | 1,535.89 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.63 | | 1,536.52 |
| 11/16/05 | {5} | Dale Korbeski | monthly pymt | 1121-000 | 143.35 | | 1,679.87 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.72 | | 1,680.59 |
| 12/14/05 | {5} | Dale Korbeski | monthly pymt. | 1121-000 | 143.35 | | 1,823.94 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.87 | | 1,824.81 |
| 01/19/06 | {5} | Dale Korbeski | monthly pymt. | 1121-000 | 143.35 | | 1,968.16 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.05 | | 1,969.21 |
| 02/24/06 | {5} | Dale Korbeski | monthly pymt. | 1121-000 | 143.35 | | 2,112.56 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.06 | | 2,113.62 |
| 03/21/06 | {5} | Dale Korbeski | monthly rental pymt | 1121-000 | 143.35 | | 2,256.97 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.28 | | 2,258.25 |
| 04/20/06 | {5} | Dale Korbeski | monthly pymt. | 1121-000 | 143.35 | | 2,401.60 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.45 | | 2,403.05 |
| 05/17/06 | {5} | Dale Korbeski | monthly pymt. | 1121-000 | 143.35 | | 2,546.40 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.67 | | 2,548.07 |
| 06/22/06 | {5} | Dale Korbeswski | monthly pymt | 1121-000 | 143.35 | | 2,691.42 |
| | | | Subtotal: | | $2,691.42 | $0.00 | |

Page: 1

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-75421 | Trustee: | JOSEPH D. OLSEN (330400) | | |
|---|---|---|---|---|---|
| Case Name: | WILLIAMS, STEVEN A / WILLIAMS, JACQUELINE R | Bank Name: | JPMORGAN CHASE BANK, N.A. | | |
| Taxpayer ID #: | 13-7440400 | Account: | ***-****97-65 - Money Market Account | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 07/07/09 | | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check # / (Ref #) / | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |

| Date | Check #/(Ref #) | Paid To / Received From | Description of Transaction | T-Code | Receipts | Disbursements | Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.69 | | 2,693.11 |
| 07/13/06 | (5) | Dale Korfeski | monthly paymt | 1121-000 | 143.35 | | 2,836.46 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.88 | | 2,838.34 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.93 | | 2,840.27 |
| 09/01/06 | (5) | Dale Korfeski | Monthly pymt | 1121-000 | 143.35 | | 2,983.62 |
| 09/20/06 | (5) | Selena Windrow/Dale Korfeski | monthly pymt | 1121-000 | 143.35 | | 3,126.97 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.89 | | 3,128.86 |
| 10/20/06 | (5) | Dale Korfeski | monthly pymt | 1121-000 | 143.35 | | 3,272.21 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.21 | | 3,274.42 |
| 11/17/06 | (5) | Dale Korfeski | monthly pymt of rent | 1121-000 | 143.35 | | 3,417.77 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.18 | | 3,419.95 |
| 12/13/06 | (5) | Dale Korfeski | Monthly pymt | 1121-000 | 143.35 | | 3,563.30 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.22 | | 3,565.52 |
| 01/26/07 | (5) | Dale Korfeski | mo. pymt | 1121-000 | 143.35 | | 3,708.87 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.38 | | 3,711.25 |
| 02/22/07 | (5) | Dale Korfeski | monthly pymt | 1121-000 | 143.35 | | 3,854.60 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.85 | | 3,856.45 |
| 03/30/07 | (5) | Dale Korfeski | monthly rental pymt | 1121-000 | 143.35 | | 3,999.80 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.05 | | 4,001.85 |
| 04/17/07 | (5) | Selna Windrow and Dale Korfeski | mo. pymt. | 1121-000 | 143.35 | | 4,145.20 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.23 | | 4,147.43 |
| 05/14/07 | (5) | Dale Korfeski | monthly rental pymt. | 1121-000 | 143.35 | | 4,290.78 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.32 | | 4,293.10 |
| 06/20/07 | (5) | Dale Korfeski | mo. pymt | 1121-000 | 143.35 | | 4,436.45 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.23 | | 4,438.68 |
| 07/01/07 | (5) | Dale Korfeski | Monthly pym of rent | 1121-000 | 143.35 | | 4,582.03 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.57 | | 4,584.60 |
| 08/20/07 | (5) | Dale Korfeski | 9/07 house pymt. | 1121-000 | 143.35 | | 4,727.95 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.55 | | 4,730.50 |
| 09/14/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2007 FOR CASE #04-75421, Bond #016018067 Voided on 01/21/08 | 2300-003 | | 6.92 | 4,724.58 |
| 09/14/07 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2007 FOR CASE #04-75421, Bond #016018067 | 2300-000 | | 8.97 | 4,715.61 |
| 09/24/07 | (5) | Dale Korfeski | mo. rent pymt | 1121-000 | 143.35 | | 4,858.96 |

Subtotals: $2,182.43 $14.89

Printed: 07/02/2009 09:34 PM V.11.25
(l) Asset reference(s)
Page: 2

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 04-75421 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | WILLIAMS, STEVEN A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | WILLIAMS, JACQUELINE R | | Account: | ***-*****97-65 - Money Market Account |
| Taxpayer ID #: | 13-7440400 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 07/07/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.36 | | 4,861.32 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.85 | | 4,864.17 |
| 11/15/07 | {6} | Dale Korleski | monthly pymt | 1121-000 | 143.35 | | 5,007.52 |
| 11/15/07 | {6} | Dale Korleski | monthly pymt | 1121-000 | 143.35 | | 5,150.87 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.59 | | 5,153.46 |
| 12/11/07 | {6} | Dale Korleski | mo. pymt | 1121-000 | 143.35 | | 5,296.81 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.67 | | 5,299.48 |
| 01/21/08 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2007 FOR CASE #04-75421, Bond #016018067 Voided: check issued on 09/14/07 | 2300-003 | | -5.92 | 5,305.40 |
| 01/24/08 | {6} | Dale Korleski | mo. pymt. | 1121-000 | 143.35 | | 5,448.75 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 2.43 | | 5,451.18 |
| 02/19/08 | {6} | Dale Korleski | ACCOUNTS RECEIVABLE | 1121-000 | 143.35 | | 5,594.53 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.12 | | 5,595.65 |
| 03/20/08 | {6} | Dale Korleski | monthly pymt of rents | 1121-000 | 143.35 | | 5,739.00 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.04 | | 5,740.04 |
| 04/15/08 | {6} | Dale Korleski | mo. rent pymt. | 1121-000 | 143.35 | | 5,883.39 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.81 | | 5,884.20 |
| 05/16/08 | {6} | Dale Korleski | monthly pymt. | 1121-000 | 143.35 | | 6,027.55 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.74 | | 6,028.29 |
| 06/11/08 | {6} | Dale Korleski | mo. pymt. | 1121-000 | 143.35 | | 6,171.64 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.77 | | 6,172.41 |
| 07/08/08 | {6} | Dale Korleski | monthly pymt. | 1121-000 | 143.35 | | 6,315.76 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.79 | | 6,316.55 |
| 07/31/08 | | To Account #*********9766 | Pay Bond premmium | 9999-000 | | 5.59 | 6,310.96 |
| 08/21/08 | {6} | Dale Korleski | pymts for Sept., Oct., & Nove. | 1121-000 | 423.64 | | 6,734.60 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.75 | | 6,735.35 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.88 | | 6,736.23 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.73 | | 6,736.96 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.52 | | 6,737.48 |
| 12/26/08 | | To Account #*********9766 | Transfer funds to pay Title agency invoice | 9999-000 | | 233.00 | 6,504.48 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 6,504.95 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,505.21 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,505.45 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 6,505.73 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,505.99 |

Subtotals: $1,879.70  $232.67

{} Asset reference(s)

Printed: 07/07/2009 03:24 PM  V.11.21

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 04-75421 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | WILLIAMS, STEVEN A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | WILLIAMS, JACQUELINE R | | Account: | ***-*****97-65 - Money Market Account |
| Taxpayer ID #: | 13-7440400 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 07/07/09 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/20/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.16 | | 6,506.15 |
| 05/20/09 | | To Account #********9766 | Under $10,000 - preparation of F. Rpt | 9999-000 | | 6,506.15 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,753.71 | 6,753.71 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,744.74 | |
| | | | Subtotal | | 6,753.71 | 8.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6,753.71 | $8.97 | |

{} Asset reference(s)

Printed: 07/07/2009 03:24 PM    V.11.21

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 04-75421 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | WILLIAMS, STEVEN A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | WILLIAMS, JACQUELINE R | | Account: | ***-*****97-66 - Checking Account |
| Taxpayer ID #: | 13-7440400 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 07/07/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/31/08 | | From Account #*********9765 | Pay Bond premimum | 9999-000 | 5.59 | | 5.59 |
| 07/31/08 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/31/2008 FOR CASE #04-75421, Bond Number 016018067 | 2300-000 | | 5.59 | 0.00 |
| 12/26/08 | | From Account #*********9765 | Transfer funds to pay Title agency invoice | 9999-000 | 233.00 | | 233.00 |
| 05/20/09 | | From Account #*********9765 | Under $10,000 - preparation of F. Rpt | 9999-000 | 6,506.15 | | 6,739.15 |
| | | | ACCOUNT TOTALS | | 6,744.74 | 5.59 | $6,739.15 |
| | | | Less: Bank Transfers | | 6,744.74 | 0.00 | |
| | | | Subtotal | | 0.00 | 5.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $5.59 | |

Net Receipts :     6,753.71

Net Estate :     $6,753.71

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****97-65 | 6,753.71 | 8.97 | 0.00 |
| Checking # ***-*****97-66 | 0.00 | 5.59 | 6,739.15 |
| | $6,753.71 | $14.56 | $6,739.15 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: April 7, 2005

Case Number: 04-75421  
Debtor Name: WILLIAMS, STEVEN A

Page: 1

Date: July 7, 2009  
Time: 03:24:25 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $1,425.37 | $0.00 | 1,425.37 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $517.24 | $0.00 | 517.24 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $712.25 | $0.00 | 712.25 |
| 11P<br>570 | INTERNAL REVENUE SERVICE<br>230 S. Dearborn<br>Mail Stop 5014 CHI<br>Chicago, IL 60604 | Priority | | $2,911.74 | $0.00 | 2,911.74 |
| 8<br>100 | BANK OF AMERICA<br>Bankruptcy Department<br>P.O. Box 26012, NC41050314<br>Greensboro, NC 27420-6012 | Secured | Allowed but make no distribution | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Premium Marketing Systems<br>311 S Arlington Heights Rd Ste. #10<br>Arlington Heights, IL 60005 | Unsecured | | $290.00 | $0.00 | 290.00 |
| 2<br>610 | Discover Financial Services<br>P.O. BOX 8003<br>Hilliard, OH 43026 | Unsecured | | $9,796.65 | $0.00 | 9,796.65 |
| 3<br>610 | Discover Financial Services<br>P.O. BOX 8003<br>Hilliard, OH 43026 | Unsecured | | $7,440.07 | $0.00 | 7,440.07 |
| 4<br>610 | Discover Financial Services<br>P.O. BOX 8003<br>Hilliard, OH 43026 | Unsecured | | $3,361.21 | $0.00 | 3,361.21 |
| 5<br>610 | ROCKFORD MERCANTILE AGENCY<br>2502 S. Alpine Road<br>Rockford, IL 61108 | Unsecured | | $820.34 | $0.00 | 820.34 |
| 6<br>610 | MBNA America Bank<br>POB 15168 MS 1423<br>Wilmington, DE 19850 | Unsecured | | $3,375.42 | $0.00 | 3,375.42 |
| 7<br>610 | Household Finance Corporation/Beneficial<br>by eCAST Settlement Corporation<br>as its agent, P.O. Box 35480<br>Newark, NJ 07193-5480 | Unsecured | | $8,145.36 | $0.00 | 8,145.36 |
| 9<br>620 | Bank of America, NA<br>P.O. Box 26012<br>Greensboro, NC 27420 | Unsecured | Tardily filed | $0.00 | $0.00 | 0.00 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 7, 2005

**Case Number:** 04-75421
**Debtor Name:** WILLIAMS, STEVEN A

Page: 2

**Date:** July 7, 2009
**Time:** 03:24:25 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 620 | eCAST Settlement Corporation, assignee of Household Bank and its Assigns P.O. Box 35480 Newark, NJ 07193-5480 | Unsecured | Tardily filed. | $2,418.46 | $0.00 | 2,418.46 |
| 11U 620 | INTERNAL REVENUE SERVICE 230 S. Dearborn Mail Stop 5014 CHI Chicago, IL 60604 | Unsecured | Tardily filed | $91.65 | $0.00 | 91.65 |
| 12 620 | eCAST Settlement Corporation assignee of Chase Manhattan Bank USA NA POB 35480 Newark, NJ 07193-5480 | Unsecured | | $6,085.14 | $0.00 | 6,085.14 |
| << Totals >> | | | | 47,390.90 | 0.00 | 47,390.90 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 04-75421
Case Name: WILLIAMS, STEVEN A
Trustee Name: JOSEPH D. OLSEN

Claims of secured creditors will be paid as follows:

*Claimant*                                           *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH D. OLSEN | $ 1,425.37 | $ 517.24 |
| *Attorney for trustee* | Yalden, Olsen & Willette | $ 712.25 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                 *Fees*              *Expenses*

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,911.74 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 11P | INTERNAL REVENUE SERVICE | $ 2,911.74 | $ 2,911.74 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,229.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Premium Marketing Systems | $ 290.00 | $ 10.23 |
| 2 | Discover Financial Services | $ 9,796.65 | $ 345.69 |
| 3 | Discover Financial Services | $ 7,440.07 | $ 262.54 |
| 4 | Discover Financial Services | $ 3,361.21 | $ 118.61 |
| 5 | ROCKFORD MERCANTILE AGENCY | $ 820.34 | $ 28.95 |
| 6 | MBNA America Bank | $ 3,375.42 | $ 119.11 |
| 7 | Household Finance Corporation/Beneficial | $ 8,145.36 | $ 287.42 |

**UST Form 101-7-TFR (4/1/2009)**