# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: WILLIAMS, STEVEN A | § | Case No. 04-75421 |
| WILLIAMS, JACQUELINE R | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $129,600.00 | Assets Exempt: $28,800.00 |
| Total Distribution to Claimants: $4,084.29 | Claims Discharged Without Payment: $40,651.75 |
| Total Expenses of Administration: $2,669.42 | |

3) Total gross receipts of $ 6,753.71 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,753.71 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $66,222.56 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 2,669.42 | 2,669.42 | 2,669.42 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 2,911.74 | 2,911.74 | 2,911.74 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 70,082.09 | 41,824.30 | 1,172.55 |
| TOTAL DISBURSEMENTS | $0.00 | $141,885.81 | $47,405.46 | $6,753.71 |

4) This case was originally filed under Chapter 7 on November 01, 2004.
. The case was pending for 60 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/10/2009          By: /s/JOSEPH D. OLSEN
                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNT RECEIVABLE | 1121-000 | 6,688.05 |
| Interest Income | 1270-000 | 65.66 |
| **TOTAL GROSS RECEIPTS** | | **$6,753.71** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | 4110-000 | N/A | 66,222.56 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$66,222.56** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,425.37 | 1,425.37 | 1,425.37 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 517.24 | 517.24 | 517.24 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 712.25 | 712.25 | 712.25 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.97 | 8.97 | 8.97 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.59 | 5.59 | 5.59 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 2,669.42 | 2,669.42 | 2,669.42 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 5800-000 | N/A | 2,911.74 | 2,911.74 | 2,911.74 |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 2,911.74 | 2,911.74 | 2,911.74 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Premium Marketing Systems | 7100-000 | N/A | 290.00 | 290.00 | 10.23 |
| Discover Financial Services | 7100-000 | N/A | 9,796.65 | 9,796.65 | 345.69 |
| Discover Financial Services | 7100-000 | N/A | 7,440.07 | 7,440.07 | 262.54 |
| Discover Financial Services | 7100-000 | N/A | 3,361.21 | 3,361.21 | 118.61 |
| ROCKFORD MERCANTILE AGENCY | 7100-000 | N/A | 820.34 | 820.34 | 28.95 |
| MBNA America Bank | 7100-000 | N/A | 3,375.42 | 3,375.42 | 119.11 |
| Household Finance Corporation/Beneficial | 7100-000 | N/A | 8,145.36 | 8,145.36 | 287.42 |
| Bank of America, NA | 7200-000 | N/A | 28,257.79 | 0.00 | 0.00 |
| eCAST Settlement Corporation, assignee of | 7200-000 | N/A | 2,418.46 | .2,418.46 | 0.00 |
| INTERNAL REVENUE SERVICE | 7200-000 | N/A | 91.65 | 91.65 | 0.00 |
| eCAST Settlement Corporation assignee of | 7200-000 | N/A | 6,085.14 | 6,085.14 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | 0.00 | 70,082.09 | 41,824.30 | 1,172.55 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 04-75421 | **Trustee:** (330400) JOSEPH D. OLSEN |
| **Case Name:** WILLIAMS, STEVEN A | **Filed (f) or Converted (c):** 11/01/04 (f) |
| WILLIAMS, JACQUELINE R | **§341(a) Meeting Date:** 12/06/04 |
| **Period Ending:** 11/10/09 | **Claims Bar Date:** 04/07/05 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE | 107,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH/DEPOSITS | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS/CLOTHING | 3,400.00 | 0.00 | DA | 0.00 | FA |
| 4 | INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | PENSION | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | ACCOUNT RECEIVABLE | 5,000.00 | 4,780.79 | | 6,688.05 | FA |
| 7 | VEHICLES | 12,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 65.66 | FA |
| 8 | Assets    Totals (Excluding unknown values) | $134,600.00 | $4,780.79 | | $6,753.71 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2005      **Current Projected Date Of Final Report (TFR):**   July 6, 2009  (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: 04-75421 | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| WILLIAMS, STEVEN A | Account: | ****97-65 - Money Market Account |
| WILLIAMS, JACQUELINE R | Blanket Bond: | $1,500,000.00 (per case limit) |
| Taxpayer ID #: 13-7440400 | Separate Bond: | N/A |
| Period Ending: 11/10/09 | | |

| Date | Trans. # (Ref #) / Check # | Paid To / Received From | Description of Transaction | T-Code | $ Receipts | $ Disbursements | Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| 01/27/05 | (5) | Dale Kortewski | House pymt (for 2/05) | 1121-000 | 143.35 | | 143.35 |
| 02/22/05 | (5) | Dale Kortewski | House pymt 3/05 | 1121-000 | 143.35 | | 286.70 |
| 02/28/05 | (1) | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 0.04 | | 286.74 |
| 03/14/05 | (5) | Brian A. Hart Law Office - Trust Account | House pymt. | 1121-000 | 100.36 | | 387.10 |
| 03/22/05 | (5) | Dale Kortewski | mo. pymt (rent) | 1121-000 | 143.35 | | 530.45 |
| 03/31/05 | (1) | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 0.11 | | 530.56 |
| 04/25/05 | (5) | Dale Kortewski | monthly pymt. of rents | 1121-000 | 143.35 | | 673.91 |
| 04/29/05 | (1) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 0.16 | | 674.07 |
| 05/02/05 | (5) | Dale Kortewski | pymt. of monthly rent | 1121-000 | 143.35 | | 817.42 |
| 05/31/05 | (1) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 0.20 | | 817.62 |
| 06/30/05 | (5) | Dale Kortewski | monthly rent payment | 1121-000 | 143.35 | | 960.97 |
| 06/30/05 | (1) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 0.26 | | 961.23 |
| 07/27/05 | (5) | Dale Kortewski | monthly pymt. | 1121-000 | 143.35 | | 1,104.58 |
| 07/29/05 | (1) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 0.33 | | 1,104.91 |
| 08/24/05 | (5) | Dale Kortewski | Sept. house pymt. | 1121-000 | 143.35 | | 1,248.26 |
| 08/31/05 | (1) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 0.43 | | 1,248.69 |
| 09/26/05 | (5) | Dale Kortewski | rental pymt. | 1121-000 | 143.35 | | 1,392.04 |
| 09/30/05 | (1) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.50 | | 1,392.54 |
| 10/18/05 | (5) | dale Kortewski | mo. pyml. | 1121-000 | 143.35 | | 1,535.89 |
| 10/31/05 | (1) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.63 | | 1,536.52 |
| 11/16/05 | (5) | Dale Kortewski | monthly pymt | 1121-000 | 143.35 | | 1,679.87 |
| 11/30/05 | (1) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.72 | | 1,680.59 |
| 12/14/05 | (5) | Dale Kortewski | monthly pymt. | 1121-000 | 143.35 | | 1,823.94 |
| 12/30/05 | (1) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.87 | | 1,824.81 |
| 01/19/06 | (5) | Dale Kortewski | monthly pymt. | 1121-000 | 143.35 | | 1,968.16 |
| 01/31/06 | (1) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.05 | | 1,969.21 |
| 02/24/06 | (5) | Dale Kortewski | monthly pymt. | 1121-000 | 143.35 | | 2,112.56 |
| 02/28/06 | (1) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.06 | | 2,113.62 |
| 03/21/06 | (5) | Dale Kortewski | monthly rental pymt | 1121-000 | 143.35 | | 2,256.97 |
| 03/31/06 | (1) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.28 | | 2,258.25 |
| 04/20/06 | (5) | Dale Kortewski | monthly pymt | 1121-000 | 143.35 | | 2,401.60 |
| 04/28/06 | (1) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.45 | | 2,403.05 |
| 05/17/06 | (5) | Dale Kortewski | monthly pymt | 1121-000 | 143.35 | | 2,546.40 |
| 05/31/06 | (1) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.67 | | 2,548.07 |
| 06/22/06 | (5) | Dale Kortewski | monthly pymt | 1121-000 | 143.35 | | 2,691.42 |
| 06/30/06 | (1) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.69 | | 2,693.11 |

$0.00    $2,693.11    $2,693.11

V.11.50    Printed 11/10/2009 08:29 AM    () Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 04-75421

Case Name: WILLIAMS, STEVEN A

             WILLIAMS, JACQUELINE R

Taxpayer ID #: 13-7440400

Period Ending: 11/10/09

Trustee: JOSEPH D. OLSEN (330400)

Bank Name: JPMORGAN CHASE BANK, N.A.

Account: \*\*\*-\*\*\*\*\*97-65 - Money Market Account

Blanket Bond: $1,500,000.00 (per case limit)

Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/13/06 | {6} | Dale Korleski | monthly paymt | 1121-000 | 143.35 | | 2,836.46 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.88 | | 2,838.34 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.93 | | 2,840.27 |
| 09/01/06 | {6} | Dale Korleski | Monthly pyml. | 1121-000 | 143.35 | | 2,983.62 |
| 09/20/06 | {6} | Selena Windrow/Dale Korleski | monthly pymt | 1121-000 | 143.35 | | 3,126.97 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.89 | | 3,128.86 |
| 10/20/06 | {6} | Dale Korleski | monthly pymt. | 1121-000 | 143.35 | | 3,272.21 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.21 | | 3,274.42 |
| 11/17/06 | {6} | Dale Korleski | monthly pymt of rent | 1121-000 | 143.35 | | 3,417.77 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.18 | | 3,419.95 |
| 12/13/06 | {6} | Dale Korleski | Monthly pymt. | 1121-000 | 143.35 | | 3,563.30 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.22 | | 3,565.52 |
| 01/26/07 | {6} | Dale Korleski | mo. pymt. | 1121-000 | 143.35 | | 3,708.87 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.38 | | 3,711.25 |
| 02/22/07 | {6} | Dale Korleski | monthly pymt. | 1121-000 | 143.35 | | 3,854.60 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.85 | | 3,856.45 |
| 03/30/07 | {6} | Dale Korleski | monthly rental pymt. | 1121-000 | 143.35 | | 3,999.80 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.05 | | 4,001.85 |
| 04/17/07 | {6} | Selna Windrow and Dale Korleski | mo. pymt. | 1121-000 | 143.35 | | 4,145.20 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.23 | | 4,147.43 |
| 05/14/07 | {6} | Dale Korleski | monthly rental pymt. | 1121-000 | 143.35 | | 4,290.78 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.32 | | 4,293.10 |
| 06/20/07 | {6} | Dale Korleski | mo. pymt | 1121-000 | 143.35 | | 4,436.45 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.23 | | 4,438.68 |
| 07/10/07 | {6} | Dale Korleski | Monthly pym of rent | 1121-000 | 143.35 | | 4,582.03 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.57 | | 4,584.60 |
| 08/20/07 | {6} | Dale Korleski | 9/07 house pymt. | 1121-000 | 143.35 | | 4,727.95 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.55 | | 4,730.50 |
| 09/14/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2007 FOR CASE #04-75421, Bond #016018067 Voided on 01/21/08 | 2300-003 | | 5.92 | 4,724.58 |
| 09/14/07 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2007 FOR CASE #04-75421, Bond #016018067 | 2300-000 | | 8.97 | 4,715.61 |
| 09/24/07 | {6} | Dale Korleski | mo. rent pymt. | 1121-000 | 143.35 | | 4,858.96 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.36 | | 4,861.32 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.85 | | 4,864.17 |

Subtotals :    $2,185.95    $14.89

{} Asset reference(s)

Printed: 11/10/2009 08:29 AM   V.11.50

Printed: 11/30/2009 08:29 AM   V.11.50

$6,738.82   $1,874.65   {} Asset references(s)

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 04-75421 | | |
|---|---|---|---|
| Case Name: | WILLIAMS, STEVEN A / WILLIAMS, JACQUELINE R | Trustee: | JOSEPH D. OLSEN (33400) |
| Taxpayer ID #: | 13-7440400 | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Period Ending: | 11/01/09 | Account: | ******97-65 - Money Market Account |
| | | Separate Bond: N/A | Blanket Bond: $1,500,000.00 (per case limit) |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/15/07 | {6} | Dale Korleski | monthly pymt | 1121-000 | 143.35 | | 5,007.52 |
| 11/15/07 | {6} | Dale Korleski | monthly pymt | 1121-000 | 143.35 | | 5,150.87 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.59 | | 5,153.46 |
| 12/11/07 | {6} | Dale Korleski | mo. pymt | 1121-000 | 143.35 | | 5,296.81 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.67 | | 5,299.48 |
| 12/21/08 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2007 FOR CASE #04-75421, Bond #016018067 Voided: check issued on 04/14/07 | 2300-003 | | -5.92 | 5,305.40 |
| 01/24/08 | {6} | Dale Korleski | mo. pymt | 1121-000 | 143.35 | | 5,448.75 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 2.43 | | 5,451.18 |
| 02/19/08 | {6} | Dale Korleski | ACCOUNTS RECEIVABLE | 1121-000 | 143.35 | | 5,594.53 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.12 | | 5,595.65 |
| 03/20/08 | {6} | Dale Korleski | monthly pymt of rents | 1121-000 | 143.35 | | 5,739.00 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.04 | | 5,740.04 |
| 04/16/08 | {6} | Dale Korleski | mo. rent pymt | 1121-000 | 143.35 | | 5,883.39 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.81 | | 5,884.20 |
| 05/16/08 | {6} | Dale Korleski | monthly pymt | 1121-000 | 143.35 | | 6,027.55 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.74 | | 6,028.29 |
| 06/11/08 | {6} | Dale Korleski | mo. pymt | 1121-000 | 143.35 | | 6,171.64 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.77 | | 6,172.41 |
| 07/08/08 | {6} | Dale Korleski | monthly pymt | 1121-000 | 143.35 | | 6,315.76 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.79 | | 6,316.55 |
| 07/31/08 | | To Account #*******9766 | Pay Bond premimum | 6666-000 | | 5.59 | 6,310.96 |
| 08/12/08 | {6} | Dale Korleski | pyrmts for Sept., Oct., & Nove. | 1121-000 | 423.84 | | 6,734.60 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.75 | | 6,735.35 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.88 | | 6,736.23 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.73 | | 6,736.96 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.52 | | 6,737.48 |
| 12/26/08 | | To Account #*******9766 | Transfer funds to pay title agency invoice | 6666-000 | | 233.00 | 6,504.48 |
| 12/23/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 6,504.95 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,505.21 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,505.45 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 6,505.73 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,505.99 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.16 | | 6,506.15 |
| 05/20/09 | | To Account #*******9766 | Under $10,000 - preparation of F. Rpt. | 6666-000 | | 6,506.15 | 0.00 |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Case Number: 04-75421
Case Name: WILLIAMS, STEVEN A
            WILLIAMS, JACQUELINE R
Taxpayer ID #: 13-7440400
Period Ending: 11/10/09

Trustee: JOSEPH D. OLSEN (330400)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: \*\*\*-\*\*\*\*\*97-65 - Money Market Account
Blanket Bond: $1,500,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 6,753.71 | 6,753.71 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,744.74 | |
| | | | Subtotal | | 6,753.71 | 8.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6,753.71 | $8.97 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 04-75421 | |
| **Case Name:** | WILLIAMS, STEVEN A | |
| | WILLIAMS, JACQUELINE R | |
| **Taxpayer ID #:** | 13-7440400 | |
| **Period Ending:** | 11/10/09 | |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****97-66 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/08 | | From Account #*********9765 | Pay Bond premimum | 9999-000 | 5.59 | | 5.59 |
| 07/31/08 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/31/2008 FOR CASE #04-75421, Bond Number 016018067 | 2300-000 | | 5.59 | 0.00 |
| 12/26/08 | | From Account #*********9765 | Transfer funds to pay Title agency invoice | 9999-000 | 233.00 | | 233.00 |
| 05/20/09 | | From Account #*********9765 | Under $10,000 - preparation of F. Rpt | 9999-000 | 6,506.15 | | 6,739.15 |
| 09/15/09 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $712.25, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 712.25 | 6,026.90 |
| 09/15/09 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,425.37, Trustee Compensation; Reference: | 2100-000 | | 1,425.37 | 4,601.53 |
| 09/15/09 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $517.24, Trustee Expenses; Reference: | 2200-000 | | 517.24 | 4,084.29 |
| 09/15/09 | 105 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $2,911.74; Claim# 11P; Filed: $2,911.74; Reference: | 5800-000 | | 2,911.74 | 1,172.55 |
| 09/15/09 | 106 | Premium Marketing Systems | Dividend paid 3.52% on $290.00; Claim# 1; Filed: $290.00; Reference: | 7100-000 | | 10.23 | 1,162.32 |
| 09/15/09 | 107 | Discover Financial Services | Dividend paid 3.52% on $9,796.65; Claim# 2; Filed: $9,796.65; Reference: | 7100-000 | | 345.69 | 816.63 |
| 09/15/09 | 108 | Discover Financial Services | Dividend paid 3.52% on $7,440.07; Claim# 3; Filed: $7,440.07; Reference: | 7100-000 | | 262.54 | 554.09 |
| 09/15/09 | 109 | Discover Financial Services | Dividend paid 3.52% on $3,361.21; Claim# 4; Filed: $3,361.21; Reference: | 7100-000 | | 118.61 | 435.48 |
| 09/15/09 | 110 | ROCKFORD MERCANTILE AGENCY | Dividend paid 3.52% on $820.34; Claim# 5; Filed: $820.34; Reference: | 7100-000 | | 28.95 | 406.53 |
| 09/15/09 | 111 | MBNA America Bank | Dividend paid 3.52% on $3,375.42; Claim# 6; Filed: $3,375.42; Reference: | 7100-000 | | 119.11 | 287.42 |
| 09/15/09 | 112 | Household Finance Corporation/Beneficial | Dividend paid 3.52% on $8,145.36; Claim# 7; Filed: $8,145.36; Reference: | 7100-000 | | 287.42 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 6,744.74 | 6,744.74 | $0.00 |
| Less: Bank Transfers | 6,744.74 | 0.00 |
| **Subtotal** | 0.00 | 6,744.74 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$0.00** | **$6,744.74** |

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 04-75421 |
| Case Name: | WILLIAMS, STEVEN A |
| | WILLIAMS, JACQUELINE R |
| Taxpayer ID #: | 13-7440400 |
| Period Ending: | 11/10/09 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****97-66 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Net Receipts : | 6,753.71 |
| Net Estate : | $6,753.71 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****97-65 | 6,753.71 | 8.97 | 0.00 |
| Checking # ***-*****97-66 | 0.00 | 6,744.74 | 0.00 |
| | $6,753.71 | $6,753.71 | $0.00 |

**JPMorganChase**

August 01, 2008 through August 29, 2008
Primary Account: **000312975119766**

ACCOUNT # 000312975119766
WILLIAMS STEVEN A
04-75421

**IMAGES**



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

**VOID AFTER 90 DAYS**    **1001**
1-2/210
2204

| Case | Debtor |
| --- | --- |
| 04-75421 MB | WILLIAMS, STEVEN A |
| 312975119765 | WILLIAMS, JACQUELINE R |

BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2007 FOR
CASE #04-75421, Bond #016018067

TID #330400
JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD IL 61104-2228

Date    09/14/2007    $ ***********5.92

~~~Five Dollars and 92/100

Pay to the
Order of    INTERNATIONAL SURETIES, LTD.
210 Baronne Street, #1700
New Orleans LA 70112

JOSEPH D. OLSEN

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈0000 100 1⑈ ⑆0 210000 21⑆:3 1297511 9765⑈

Page 4 of 4

# JPMorganChase ◆

September 01, 2009 through September 30, 2009

Account Number: **000312975119766**

ACCOUNT # 000312975119766
WILLIAMS STEVEN A
04-75421

## IMAGES





001180837770 SEP 18 #0000000102 $712.25



001180837770 SEP 18 #C000000102 $712.25



001180837771 SEP 18 #0000000103 $1,425.37



001180837771 SEP 18 #0000000103 $1,425.37

**JPMorganChase ○**

September 01, 2009 through September 30, 2009

Account Number: **000312975119766**

ACCOUNT # 000312975119766
WILLIAMS STEVEN A
04-75421





001180837772 SEP 18 #0000000104 $517.24



001180837772 SEP 18 #0000000104 $517.24



001380513479 SEP 22 #0000000106 $10.23



001380513479 SEP 22 #0000000106 $10.23

Page 3 of 6

**JPMorganChase**

October 01, 2009 through October 30, 2009

Account Number: **000312975119766**

ACCOUNT # 000312975119766
WILLIAMS STEVEN A
04-75421

**IMAGES**




005190016353 OCT 06 #0000000105 $2,911.74



005190016353 OCT 06 #0000000105 $2,911.74

**JPMorganChase**

Account Number: **000312975119766**

ACCOUNT # 000312975119766
WILLIAMS STEVEN A
04-75421





005880309151 SEP 21 #0000000107 $345.69



005880309151 SEP 21 #0000000107 $345.69



005880309150 SEP 21 #0000000108 $262.54



005880309150 SEP 21 #0000000108 $262.54

**JPMorganChase** ⬭

September 01, 2009 through September 30, 2009

Account Number: **000312975119766**

ACCOUNT # 000312975119766
WILLIAMS STEVEN A
04-75421



⬭ JP MORGAN CHASE BANK, N.A.                    VOID AFTER 90 DAYS          109
                                                                              1-2/210

| Case 04-75421 MB | Debtors WILLIAMS, STEVEN A | JOSEPH D OLSEN 1318 EAST STATE STREET ROCKFORD IL 61104-2228 |

---One Hundred Eighteen Dollars and 61/100                Date  09/15/2009    $ ********118.61

                                                                    RECEIVED NRC

Pay to the Order of  Discover Financial Services
                     P.O. BOX 8003
                     Hilliard OH 43026                          JOSEPH D OLSEN

⑆00000109⑆ ⑆021000021⑆ 312975119766⑆   ⑆00000118612⑆

005880309149 SEP 21 #0000000109 $118.61



005880309149 SEP 21 #0000000109 $118.61

⬭ JP MORGAN CHASE BANK, N.A.                    VOID AFTER 90 DAYS          110
                                                                              1-2/210

| Case 04-75421 MB | Debtors WILLIAMS, STEVEN A WILLIAMS, JACQUELINE R | JOSEPH D OLSEN 1318 EAST STATE STREET ROCKFORD IL 61104-2228 |

---Twenty-Eight Dollars and 95/100                      Date  09/15/2009    $ *********28.95

Pay to the Order of  ROCKFORD MERCANTILE AGENCY
                     2507 S. Alpine Road
                     Rockford IL 61109                          JOSEPH D OLSEN

⑆00000110⑆ ⑆021000021⑆ 312975119766⑆

007280673502 SEP 21 #0000000110 $28.95



007280673502 SEP 21 #0000000110 $28.95

**JPMorganChase**

September 01, 2009 through September 30, 2009
Account Number: **000312975119766**

ACCOUNT # 000312975119766
WILLIAMS STEVEN A
04-75421



004380402630 SEP 28 #0000000111 $119.11



004380402630 SEP 28 #0000000111 $119.11

002760913968 SEP 21 #0000000112 $287.42



002780913968 SEP 21 #0000000112 $287.42



**JPMorganChase** ⬦

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

October 01, 2009 through October 30, 2009
Account Number: **000312975119766**

**CUSTOMER SERVICE INFORMATION**

Service Center:                    **1-800-634-5273**

00018168 DBI 802 24 30609 - NNNNN  1 000000000 67 0000
04-75421 WILLIAMS STEVEN A
WILLIAMS JACQUELINE R DEBTOR
330400 JOSEPH OLSEN TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY
Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | **$2,911.74** |
| Checks Paid | 1 | - 2,911.74 |
| **Ending Balance** | 1 | **$0.00** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 105 | 10/06 | $2,911.74 |
| **Total Checks Paid** |  | **$2,911.74** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/06 | $0.00 |

**JPMorganChase** ◐

September 01, 2007 through September 28, 2007
Primary Account: **000312975119766**

# IMAGES

ACCOUNT # 000312975119765

◐ JPMORGAN CHASE BANK, N.A.                    VOID AFTER 90 DAYS                1002

04-75421 MB                                    JOSEPH D. OLSEN
312975119765        WILLIAMS, STEVEN A         1318 EAST STATE STREET
                    WILLIAMS, JACQUELINE R      ROCKFORD IL 61104 2232

BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 09/01/2007 FOR
CASE #04-75421, Bond #15013128.7

                                               Date  09/01/2007    $ **********8.97

---Eight Dollars and 97/100

Pay to the    INTERNATIONAL SURETIES, LTD
Order of      701 Poydras Street, Suite #500
              New Orleans LA 70139                    Joseph D. Olsen
                                                      JOSEPH D. OLSEN

008970912683 SEP 21 #0000001002 $8.97

008970912683 SEP 21 #0000001002 $8.97